1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   Nevada Bar No. 14853
3
   PATRICK ROSE
4  Assistant United States Attorney
   501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Patrick.Rose@usdoj.gov

7  *Attorneys for the United States*

8
                    **UNITED STATES DISTRICT COURT**
9                        **DISTRICT OF NEVADA**

10
    JAMES LEONARD WATERS, JR.,            Case No. 2:21-cv-01719-JAD-EJY
11
            Plaintiff,                    **Stipulation and Order to Extend**
12                                        **Deadline to Submit Defendant's Reply**
        v.                                **in Support of Motion to Dismiss, or in**
13                                        **the alternative, to Strike Portions of**
    THE UNITED STATES OF AMERICA,         **Complaint [ECF No. 13] (Second**
14                                        **request)**
            Defendant.
15

16

17         Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of

18  this Court's Local Rules, the parties, through undersigned counsel, stipulate to a 30-day

19  extension for the United States to submit and file its reply brief in support of motion to

20  dismiss, or in the alternative, to strike portions of the complaint (ECF No. 11). This is the

21  second extension of the reply deadline.

22

23

24  / / /

25

26  / / /

27

28  / / /

The United States' counsel seeks this extension due to preparation for an upcoming trial scheduled to occur in January.

Respectfully submitted this 27th day of December 2021.

| LAIRD LAW PLLC | CHRISTOPHER CHIOU |
|---|---|
|  | Acting United States Attorney |
| /s/ Danial Laird | /s/ Patrick A. Rose |
| DANIAL LAIRD, ESQ. | PATRICK ROSE |
| Nevada Bar No. 11831 | Assistant United States Attorney |
| 8991 West Flamingo Road, Suite C | *Attorneys for the United States* |
| Las Vegas, NV 89147 | |
| *Attorney for Plaintiff* | |

**IT IS SO ORDERED:**

_____
HONORABLE JENNIFER DORSEY
UNITED STATES DISTRICT JUDGE

DATED: 12/29/21