JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

PATRICK ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES LEONARD WATERS, JR., <br><br>  Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br>  Defendant. | Case No. 2:21-cv-01719-CDS-EJY <br><br> **Stipulation and Order** <br><br> **(Second Request)** |

Pursuant to LR IA 6-1 and LR 26-3, the parties request an approximately 90-day extension of certain discovery deadlines as, and for the reasons, set forth below. This stipulation, which is filed more than 21 days before the earliest deadline to be extended (for initial expert disclosures), is supported by grounds and circumstances below. This is the second request for an extension of the discovery schedule, although the original scheduled provided some additional time, as discovery commenced from the filing of the discovery plan rather than Defendant's first appearance.

### DISCOVERY COMPLETED

The parties have completed the following disclosures and discovery:

1. The parties served their initial disclosures in March and April 2022.

2. Defendant served a first set of Requests for Production and Interrogatories on Plaintiff on March 30, 2022.

3. Plaintiff served responses to such first set of discovery requests on April 22, 2022.

4. Plaintiff served a first set of Requests for Production, Requests for Admissions, and Interrogatories on Defendant on July 12, 2022.

5. Defendant has noticed several depositions of Defendant's employees for dates in September 2022.

6. Defendant is in the process of collecting medical records pursuant to HIPAAs supplied by Plaintiff.

**DISCOVERY REMAINING**

Defense counsel has identified additional medical providers that may have relevant records. As this occurs, defense counsel will confer with Plaintiff's counsel about additional HIPAAs to facilitate collecting such records.

Defendant will respond to Plaintiff's first set of written discovery requests.

Defense counsel is in the process on confirming defense witnesses' availability for the depositions referenced above, and Plaintiff's counsel will take such depositions on the noticed or other agreed-upon dates.

Initial and rebuttal expert disclosures remain.

The parties reserve the right to engage in other discovery as permitted by applicable rule and within the discovery window including without limitation the depositions of expert witnesses.

**WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

Without waiver or admission by the parties, this is a medical malpractice case, and Plaintiff appears to have a complex medical history. It will take more time to identify medical providers and collect records from them. It would be best to complete collection and production of such medical records before expert disclosures. The U.S. Attorney's Office remains very busy, having three unfilled AUSA positions in the relatively small Civil Division.

**EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

The following table sets forth the current deadlines and the proposed extended deadlines that are the subject of this stipulated request for extension:

| SCHEDULED EVENT | CURRENT DEADLINE | ~~PROPOSED~~ DEADLINE |
| --- | --- | --- |
| Initial Expert Disclosures | September 1, 2022 | December 1, 2022 |
| Rebuttal Expert Disclosure | October 3, 2022 | January 4, 2023 |
| Discovery Cut Off | November 1, 2022 | February 2, 2023 |
| Dispositive Motions | November 30, 2022 | March 3, 2023 |
| Joint Pretrial Order | December 30, 2022 | April 3, 2023[1] |

Respectfully submitted this 4th day of August 2022.

| | |
| --- | --- |
| LAIRD LAW PLLC | JASON M. FRIERSON<br>United States Attorney |
| /s/ Danial Laird<br>DANIAL LAIRD, ESQ.<br>Nevada Bar No. 11831<br>8991 West Flamingo Road, Suite C<br>Las Vegas, NV 89147<br>*Attorney for Plaintiff* | /s/ Patrick A. Rose<br>PATRICK ROSE<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** August 4, 2022

---

[1] However, if dispositive motions are filed, the proposed joint pretrial order will be due thirty days after the rulings on such dispositive motions.