JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

PATRICK ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES LEONARD WATERS, JR., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 2:21-cv-01719-CDS-EJY <br><br> **Stipulation and Order to Reschedule Settlement Conference** <br> **(First Request)** |

Pursuant to LR IA 6-1 and LR 7-1, the parties respectfully request that the Court reschedule the April 13, 2023, settlement conference and related deadlines that are established in the Court's Order (ECF No. 34). This is the first request to reschedule the settlement conference, and the grounds for the request are set forth below.

Undersigned defense counsel has a trial (in Sonalolita Wilson v. United States of America, et.al., Case No. 2:18-cv-01241-JCM-NJK) scheduled to commence April 10, 2023; it is estimated to last approximately two weeks: Following the trial, defense counsel will need several weeks for preparations for a settlement conference in the instant Waters case, among other duties to fulfill. The U.S. Attorney's Office remains very busy, with two vacancies for civil defense attorneys.

Under the circumstances, and taking into account the calendars of counsel, who have travel plans during portions of June and July, 2023, the parties propose the following

potential settlement conference dates for the Court's consideration: June 12–16, 2023; and July 26–28, 2023.

Accordingly, parties respectfully request that the Court reschedule the settlement conference to one of the dates listed above.

Respectfully submitted this 3rd day of April, 2023.

| | |
|---|---|
| LAIRD LAW PLLC | JASON M. FRIERSON<br>United States Attorney |
| /s/ Danial Laird<br>DANIAL LAIRD, ESQ.<br>Nevada Bar No. 11831<br>The Riley Building<br>4175 S. Riley Street, Suite 102<br>Las Vegas, NV  89147<br>*Attorney for Plaintiff* | /s/ Patrick A. Rose<br>PATRICK ROSE<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the settlement conference in this matter is continued to May 24, 2023, at 9:00 a.m.  All parties must report to the chambers of the undersigned at 9:00 a.m.

**IT IS FURTHER ORDERED** that confidential settlement statements must be delivered electronically to Emily Santiago at Emily_Santiago@nvd.uscourts.gov on May 17, 2023, by 3:00 p.m.  Except as stated herein all other terms of the Order (ECF No. 34) remain in effect.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 4, 2023