JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
patrick.rose@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JAMES LEONARD WATERS, JR.,

        Plaintiff

        v.

THE UNITED STATES OF AMERICA,

        Defendant

Case No. 2:21-cv-01719-CDS-EJY

**Stipulation and Order
to Dismiss with Prejudice**

      Plaintiff and Defendant, through their undersigned counsel, stipulate that this action may be dismissed with prejudice, each party to bear its own costs and attorney's fees.

      Respectfully submitted this 27th day of June 2023.

LAIRD LAW PLLC

*/s/ Danial Laird*
DANIAL LAIRD, ESQ.
Nevada Bar No. 11831
The Riley Building
4175 S. Riley Street, Suite 102
Las Vegas, NV 89147
*Attorney for Plaintiff*

JASON M. FRIERSON
United States Attorney

*/s/ Patrick A. Rose*
PATRICK ROSE
Assistant United States Attorney
*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** _June 27, 2023_____